UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ISAAAC LIPPONEN,

    Defendant.

_____/

HON. ROBERT HOLMES BELL

Case No. 2:12-cr-16

## ORDER OF DETENTION

In accordance with the hearing conducted before the undersigned on May 17, 2012, IT IS HEREBY ORDERED that defendant shall be detained pending the completion of a substance abuse assessment and subsequent determination of appropriate treatment.

IT IS SO ORDERED.


Date: May 22, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge